UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL ZERMENO,<br><br>   Petitioner,<br><br> v.<br><br>SCOTT FRAVEUHEIM,<br><br>   Respondent. | No. CV 14-3366 JVS (FFM)<br><br>JUDGMENT |

 Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: January 8, 2016

               JAMES V. SELNA
              United States District Judge